PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant for Offender Under Supervision

Name of Offender: Darren Cromer                           Cr.: 05-00061 (D/NJ)

Name of Sentencing Judicial Officer: Honorable Joseph A. Greenaway, United States District Judge

On January 18, 2005, jurisdiction of this matter was accepted and assumed in the District of New Jersey.

Date of Original Sentence: 04/23/03

Original Offense: Conspiracy to Commit Interstate Transportation of Stolen Property

Original Sentence: 13 months imprisonment, 3 years supervised release with conditions.  Fine: $1,000.00 at a rate of $50 per month commencing on 6/5/04.

Type of Supervision: Supervised Release                  Date Supervision Commenced: 05/06/04

Assistant U.S. Attorney: Andrew Carey                    Defense Attorney: David Holman, AFPD

### PETITIONING THE COURT

[X]  To issue a warrant
[ ]  To issue a summons

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**' |
| | On December 8, 2005, the Hudson County Prosecutor's Office arrested Cromer and charged him with Identity Theft, Theft by Deception, and Credit Card Fraud. On numerous dates in November 2005, the offender engaged in various aspects of a multijurisdictional credit card fraud and stolen merchandise operation. |
| 2 | The offender has violated the supervision condition which states '**You shall not leave the judicial district without the permission of the Court or Probation Officer.**' |
| | On November 12, 17, 18, and 19, 2005, Cromer left the District of New Jersey without the permission of the Court or Probation in that he traveled to Pennsylvania, New York, Delaware, Maryland, and Virginia. |

3    The offender has violated the supervision condition which states 'You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.'

On December 5, 2005, Cromer submitted a monthly supervision report for November 2005 in which he claimed that he did not leave his judicial district without permission during the month. On November 12, 17, 18, and 19, 2005, the offender left the District of New Jersey and traveled to the states of New York, Delaware, Maryland, and Virginia. He did not have the permission of the Court or Probation to leave the District of New Jersey.

4    The offender has violated the supervision condition which states 'As a condition of supervision, you are instructed to pay a fine in the amount of $1,000.00; paid in minimum monthly installments of $50 commencing on 6/5/04.'

Cromer has failed to pay his fine in accordance with the payment schedule. During supervision, he has made two payments totaling $175, and he is currently delinquent. The fine balance is $825 as of December 7, 2005.

5    The offender has violated the supervision condition which states 'You shall not commit another federal, state, or local crime.'

On December 6, 2005, Jersey City Police arrested Cromer and charged him with Possession of Gambling Records. On that date detectives observed the offender departing a location known for illegal gambling activity. He was subsequently observed in possession of gambling slips, some of which he attempted to rip.

6    The offender has violated the supervision condition which states 'You shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.'

On various dates in or before November 2005, Cromer associated with felons Christopher Mack and Frank Robertson during the course of criminal conduct involving credit card fraud, identity theft, and theft by deception. He did not have permission to contact any felon. Senior U.S. Probation Officer Thomas Stone specifically directed Cromer to have no contact with any co-defendant (including Robertson) from his December 3, 2004 arrest.

I declare under penalty of perjury that the foregoing is true and correct.

By:  Thomas J. Stone
     Senior U.S. Probation Officer

Date:  12/08/05

THE COURT ORDERS:

[ ✓ ]  The Issuance of a Warrant
[  ]  The Issuance of a Summons.  Date of Hearing: _____.
[  ]  No Action
[  ]  Other

Signature of Judicial Officer

12-8-05

Date